SHERIDAN ARMS CORP. v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [See *ante,* p. 826.]

ERNESTINA KAPS et al. v. LENOX HILL HOSPITAL, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 830.]

WILLIAM A. SCHENCK v. JOSEPH MEYER, JR., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Glennon, Cohn and Callahan, JJ. [See *ante,* pp. 775, 776.]

### (October 11, 1945.)

In the Matter of the Arbitration between HENRY BEHRENS, Appellant, and GERTRUD FEUERRING et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [182 Misc. 979.] [See *post,* p. 979.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARK AVENUE AND SEVENTY-SEVENTH STREET CORPORATION, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM DAVIS, Appellant.— Judgment reversed, the complaint dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Townley, J., dissent and vote to affirm.

JOHN GIANARKIS, an Infant, by his Guardian ad Litem, GUS GIANARKIS, et al., Respondents, v. FRANK M. PORTO et al., Copartners under the Name of T. PORTO & SONS, et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

KATE F. CUTNER, Respondent, v. AMALGAMATED BANK OF NEW YORK et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of a copy of order with notice of entry on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post,* p. 971.]

HARRY A. KAHN, Respondent, v. ERNEST KAHN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMELLO CORALLO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

FRANK SICCARDI, Appellant, v. VICTOR CORY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LEON HAND, Suing as a Stockholder of Admiration Laundry, Inc., Respondent, v. EMANUEL HAND et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of a copy of order with notice of entry thereof on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post,* p. 971.]